**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

JAMES RYAN,                           )
                                      )
            Plaintiff,                )
                                      )
vs.                                   )        CIV. A. NO. 24-0409-MU
                                      )
CAROLYN COLVIN, Acting                )
Commissioner of Social Security,[1]   )
                                      )
            Defendant.                )

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff benefits be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g), *see Melkonyan v. Sullivan*, 501 U.S. 89 (1991), for further proceedings not inconsistent with this decision. The remand pursuant to sentence four of § 405(g) makes Plaintiff a prevailing party for purposes of the Equal Access to Justice Act, 28 U.S.C. § 2412, *Shalala v. Schaefer*, 509 U.S. 292 (1993), and terminates this Court's jurisdiction over this matter.

**DONE** this the **16th** day of **January, 2025**.

                        s/P. BRADLEY MURRAY
                        **UNITED STATES MAGISTRATE JUDGE**

---

[1] Carolyn Colvin was named the Acting Commissioner of Social Security on November 30, 2024. Accordingly, pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn Colvin is substituted for Martin O'Malley as the proper party defendant to this action.